# EXHIBIT "A"

LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Joseph S. Maniscalco, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

                                       Chapter 11

HFG 231, LLC,                        Case No.:

                   Debtor.
--------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL BANKRUPTCY RULE 1007(a)(1)

    1.        The following financial data is the latest available information and refers to the Debtor's condition on September 14, 2010:

| a. Total Assets | $ | 30,000,000.00 |
|---|---|---|
| b. Total Debts | $ | 1,578,725.75 |
| c. Debt securities held by more than 500 holders. | | 0.00 |
| d. Number of shares of preferred stock | | 0.00 |
| e. Number of shares of common stock | | 0.00 |

    2.        The Debtor is a contract vendee of a contract valued at $30,000,000.00 for the purchase of real property located 231 East 43rd Street, New York, New York.

    3.        The following persons directly or indirectly own, control or hold, an interest in the Debtor with the power to vote:

**Partners Name**                        **Ownership Percentage**

Francine Morduchowitz               50%

Shem Rokeach                       50%