LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Joseph S. Maniscalco, Esq.
Jordan Pilevsky, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

                                                                                 Chapter 11

HFG 231, LLC.                                                  Case No.:

            Debtor.
--------------------------------------------------------X

## **CORPORATE RESOLUTION**

       I, Shem Rokeach, a Member of the above captioned Limited Liability Company do hereby certify that the following resolution was unanimously adopted on date September 14, 2010:

> "RESOLVED, that by reason of the Limited Liability Company being unable to pay its debts as they mature, it is deemed expedient, necessary and in the best interests of the Limited Liability Company, its shareholders and its creditors, that the Limited Liability Company seek relief under Title 11 of the United States Code from such circumstance and condition, and that the Limited Liability Company, acting by its Member, is hereby authorized, empowered and directed, subject to the provisions of the Limited Liability Company's Articles of Organization and/or By-Laws to institute a proceeding pursuant to Title 11, United States Code (Chapter 11 of the Bankruptcy Code), and to retain the law firm of LaMonica Herbst & Maniscalco, 3305 Jerusalem Avenue, Wantagh, New York 11793, as counsel for the Limited Liability Company in such proceedings, and to prepare, execute and deliver, in the name of the Limited Liability Company, or cause to be prepared, executed and delivered in its name, any and all petitions, pleadings, schedules, financial statements, affidavits, proposals, plans, arrangements, agreements or instruments whatsoever, and make do and perform any and all other things whatsoever, all upon such terms and conditions deemed necessary, proper or appropriate in the discretion of the foregoing Member to accomplish the foregoing purposes."

       **IN WITNESS WHEREOF**, I have hereunto set my hand and seal of the Limited Liability Company this 14th day of September 2010.

                                                            *s/ Shem Rokeach*
                                                            Shem Rokeach, a Member

Sworn to before me this
14th day of September 2010

*s/ Nadya Fletcher*
Nadya Fletcher
Notary Public, State of New York
No. 01FL6199128
Qualified in New York County
Commission Expires January 12, 2013

M:\Documents\Company\Cases\HFG 231, LLC\Corporate Resolution.wpd